IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN PEREZ, | : | CIVIL ACTION NO.: 3:20-cv-01103 |
| | : | |
| Plaintiff, | : | |
| | : | (Chief Magistrate Judge Schwab) |
| v. | : | |
| | : | |
| OFFICER COLOMBO, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER**
October 19, 2020

We are in receipt of Steven Perez's ("Perez") letter dated October 19, 2020, in which Perez inquires as to why the defendants have not been served in this case. *Doc. 4*. Perez filed his complaint on June 30, 2020, and paid the full filing fee. *Doc. 1*. Pursuant to Fed. R. Civ. P. 4(c)(1), Perez "is responsible for having the summons and complaint served within the time allowed by Rule 4(m)." Fed. R. Civ. P. 4(m) requires service "within 90 days after the complaint is filed." Perez has not served the defendants pursuant to Rules 4(c)(1) and 4(m) and more than 90 days have elapsed since he filed his complaint. Thus, **IT IS ORDERED** that Perez show cause as to why he has failed to serve the defendants in a timely manner as required by Rule 4(m). Additionally, we note that Perez may avail

himself of Fed. R. Civ. P. 4(c)(3) to request service by a United States marshal in his response.

*S/Susan E. Schwab*
Susan E. Schwab
United States Chief Magistrate Judge