IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN PEREZ, | : | CIVIL ACTION NO.: 3:20-cv-01103 |
| | : | |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| | : | |
| v. | : | |
| | : | |
| OFFICER COLOMBO, *et al.*, | : | |
| | : | |
| Defendants. | : | |

### ORDER
July 12, 2021

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that Colombo's motion for summary judgment (*doc. 49*) be **GRANTED** and that this case be **CLOSED**.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge